UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: SHIPPERT, CAROL LYNNE | § | Case No. 11-80819 |
| | § | |
| SHIPPERT, CAROL NILSEN | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00 on 01/25/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 12/13/2011         By: /s/MEGAN G. HEEG
                                                Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: SHIPPERT, CAROL LYNNE | § | Case No. 11-80819 |
| | § | |
| SHIPPERT, CAROL NILSEN | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 27,793.44 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 27,793.44 |
| **Balance on hand:** | $ | 27,793.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   27,793.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,529.34 | 0.00 | 3,529.34 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 1,058.00 | 0.00 | 1,058.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 53.04 | 0.00 | 53.04 |

Total to be paid for chapter 7 administration expenses:   $   4,640.38
Remaining balance:   $   23,153.06

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $     0.00
    Remaining balance:    $     23,153.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $     0.00
    Remaining balance:    $     23,153.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,931.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 77.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,260.81 | 0.00 | 11,031.25 |
| 2 | Capital One Bank (USA), N.A. | 11,806.24 | 0.00 | 9,132.54 |
| 3 | FIA Card Services, NA/Bank of America | 3,864.42 | 0.00 | 2,989.27 |

    Total to be paid for timely general unsecured claims:    $     23,153.06
    Remaining balance:    $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 11-80819-MB
Carol Lynne Shippert                                              Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett            Page 1 of 2         Date Rcvd: Dec 20, 2011
                              Form ID: pdf006           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2011.
db           +Carol Lynne Shippert,    1000 Washington Ave.,    Apt 401,   Dixon, IL 61021-1264
16895989      BANK OF AMERICA,    PO BOX 15026,    Wilmington, DE 19886-5026
16895990      Capital One,   PO Box 6492,    Carol Stream, IL 60197-6492
17080362      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK   73124-8839
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16895991      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2011 05:35:30      Discover Card,   PO Box 30943,
               Salt Lake City, UT 84130
16999764      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2011 05:35:30      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17426562      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2011 05:53:11
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2011**              **Signature:**  *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett              Page 2 of 2            Date Rcvd: Dec 20, 2011
                              Form ID: pdf006             Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2011 at the address(es) listed below:
              Megan G Heeg    on behalf of Trustee Megan Heeg heeg@egbbl.com
              Megan G Heeg    heeg@egbbl.com, IL55@ecfcbis.com
              Michael C Downey    on behalf of Debtor Carol Shippert loomd@essex1.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4